UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS J. SCATTERFIELD,<br><br>          Petitioner,<br><br>   vs.<br><br>J. HARDTLY,<br><br>          Respondent. | 1:09-cv-00117-TAG (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **February 20, 2009**                                       **/s/ Theresa A. Goldner**
                                                                                 UNITED STATES MAGISTRATE JUDGE